IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LELAND T. TAYLOR,

        Plaintiff,

v.                                                                        No. 1:20-cv-01076-KK

T-MOBILE, et al.,

        Defendants.

**ORDER TO CURE DEFICIENCY AND NOTICE**

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint for Intentional and Willful Damaging of Mental Physical, Economic Health of Plaintiff, Doc. 1, filed October 16, 2020.

Plaintiff has not paid the $400.00 fee[1] for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."  Plaintiff shall have twenty-one (21) days from entry of this Order to either pay the $400.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."  Failure to timely pay the fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may result in dismissal of this case without prejudice.  Any papers that Plaintiff files in response to this order must include the civil cause number (No. 1:20-cv-01076-KK) of this case.

**Notice**

Due to the Covid-19 issue, the Clerk's Office is currently allowing *pro se* parties to file documents via email.  Plaintiff has emailed numerous frivolous documents to the Clerk's Office.

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $50.00 administrative fee.

The emails/documents do not have captions with a case number, do not assert legal arguments and have titles such as: (i) "Hey Cabal, you will lose;" (ii) "My woman doesn't have a penis;" (iii) "Maskers lives don't matter;" (iv) "Meet made you homeless, keller judge and apd;" (v) Without germs you die stopping the death;" (vi) "helping the homeless with handups:" (vi) "Leaving America the lie to the truth;" (vii) "Only you can save your house, family, children;" (viii) "Knowing the future;" and (ix) "Bringing life." Such emails cause the Court to expend valuable resources and do not advance the proceedings in Plaintiff's case.

The Court notifies Plaintiff that if he continues the abusive filing of such emails, the Court may impose filing restrictions.

**IT IS ORDERED** that, within twenty-one (21) days of entry of this Order, Plaintiff shall either pay the $400.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to time pay the fee or file an Application may result in dismissal of this case.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**