IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LELAND T. TAYLOR,

      Plaintiff,

v.                                              No. 1:20-cv-01076-KWR-KK

T-MOBILE, et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's failure to comply with the Court's Order to Cure Deficiency, Doc. 3, filed November 3, 2020.

Plaintiff did not pay the $400.00 fee for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" when he filed his Complaint.  The Court ordered Plaintiff to either pay the filing fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" and notified Plaintiff that failure to time pay the fee or file an Application may result in dismissal of this case.  *See* Doc. 3, filed November 3, 2020.  Plaintiff did not pay the filing fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" by the November 24, 2020, deadline.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE