**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LELAND T. TAYLOR,

       Plaintiff,

v.                                       No. 1:20-cv-01076-KWR-KK

T-MOBILE, et al.,

       Defendants.

### <u>ORDER DENYING MOTION</u>

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Motion to Take Leave of

This Court to File a Protective Action of Lis Pendes [sic], Doc. 9, filed March 4, 2021.

Plaintiff moves the Court to:

enter this Lis Pendes [sic] as a protective measure to reduce the continuing damage
arising from the propagation of the falsehoods of COVID 19 (or whatever it's [sic]
current nomenclature is).

The violation of the First Amendment rights inherent to the actions of the media
where the use of the presumed panic of a disease is unprecented [sic] in history and
as such strong actin [sic] is needed to prevent further damage.

Because of the complexity and ubiquitous nature of the propaganda and the limited
resources of the plaintiff, this action is being taken as the media has been a major
part of the ability to sustain the damages plaintiff and others are incurring.

Motion at 1.

The Court denies the Motion as moot because the Court has dismissed this case without

prejudice.  *See* Doc. 4, filed December 18, 2020 (dismissing case because Plaintiff failed to comply

with the Court's Order to either pay the filing fee or file an Application to Proceed in District Court

Without Prepaying Fees or Costs).

**IT IS ORDERED** that Plaintiff's Motion to Take Leave of This Court to File a Protective Action of Lis Pendes [sic], Doc. 9, filed March 4, 2021 is **DENIED AS MOOT.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**